REBECCA G. BOWEN, Plaintiff, v. PAUL W. HORGAN and Others, Defendants, and PHILIP KANTER and SAMUEL GOLDINGER, Assignees of TRACHSON BUILDING CORPORATION, Purchaser, Appellants, and AGNES VERLIN, Respondent.— Order directing referee to pay over certain moneys to respondent affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur.

THE BROOKLYN NATIONAL BANK OF NEW YORK, Appellant, v. R. H. J. HOLDING CORPORATION and JAMES WERBLOW, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Young, Kapper, Carswell, Tompkins and Davis, JJ.

ISAAC L. BROWN, Respondent, v. MOSES L. PARSHELSKY and WILLIAM WASSMUTH, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

YETTA BURICKSON and HARRY BURICKSON, Appellants, v. HAHN'S BOARDWALK BATHS, INC., Respondent, and HAHN ESTATE, INC., Defendant.— Order setting aside verdict on the ground that it was not unanimous reversed on the law, with costs, motion denied, without costs, verdict reinstated and judgment directed to be entered thereon. The record discloses that the verdict was unanimous. The examination of juror number 9 concluded with a declaration that the verdict as read was his verdict. That which he stated prior to that declaration was merely an explanation of how he came to agree upon the verdict. It did not constitute a declaration that he did not now agree to the verdict or that he refused to abide by it and desired to change his vote. The case of Spielter v. North German Lloyd Steamship Co. (232 App. Div. 104) is distinguishable and is not a controlling authority to the contrary of the decision here made. Lazansky, P. J., Kapper, Carswell, Tompkins and Davis, JJ., concur.

JOHN D. CARROLL and NINA M. CARROLL, Respondents, v. KREIDEL BUILDING CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

CERTIFIED YEAST CORPORATION, Respondent, v. JEWISH BAKERS' VOICE, INC., and Others, Defendants, and ROBERT LEITH, Doing Business under the Firm Name and Style of IDEAL YEAST COMPANY, Appellant.— Order denying motion of defendant Leith to open his default affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur.